FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 23, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN W. JENSEN,<br><br>      Plaintiff,<br><br> v.<br><br>CHS, INC., a foreign corporation,<br><br>      Defendant. | NO: 2:19-CV-193-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

  BEFORE THE COURT is the parties' Stipulation to Dismissal with Prejudice, ECF No. 10. Having reviewed the Stipulation and the record, the Court finds good cause to grant dismissal. Accordingly, **IT IS HEREBY ORDERED**:

  1. The Stipulation to Dismissal with Prejudice, filed as a motion on the docket, **ECF No. 10**, is **GRANTED**.

  2. Plaintiff's Verified Complaint, ECF No. 1-3, is dismissed with prejudice and without fees or costs to any party.

  3. All pending motions, if any, are **DENIED AS MOOT**.

///

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

4. All scheduled court hearings are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** January 23, 2020.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge
